**FILED**

APR 14 2009

RICHARD W. WIEKING
US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Steven James Nemec,<br><br>        Defendant | Case No.: 08-CR-00181-MHP<br><br>ORDER FOR RELEASE OF PASSPORT<br><br>ED/CA Case Numbers:<br>03-CR-0292-JAM &<br>04-CR-0161-JAM<br><br>Judge: Hon. Marilyn H. Patel |

**TO THE CLERK OF THE COURT:**

Jurisdiction in this matter was transferred from the Eastern District of California to the Northern District of California on December 23, 2008.

Pursuant to the Order of this Court dated March 10, 2009, permitting Defendant Steven James Nemec to travel internationally, the Clerk of the Eastern District of California, is hereby directed to release the Defendant's United States Passport held by the Clerk, to the Defendant or his Counsel of Record, Daniel J. Broderick, Esq.

Furthermore, the Clerk of the Court for the Northern District of California shall transmit a copy of this Order to the Clerk for the Eastern District of California.

**IT IS SO ORDERED.**

Dated this _10th_ day of April, 2009

The Honorable Marilyn H. Patel
United States District Judge

//
//

ORDER RELEASING PASSPORT - 1